The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR04-0572JLR |
| v. | ORDER OF CONTINUANCE |
| JAMES H. BEAUCHMAN, and LORELEI SHIREEN CLARK, | |
| Defendants. | |

The Court having heard the stipulated oral motion by the parties to continue the trial date for defendants and having reviewed the records and files herein makes the following findings and enters the following order:

The Court finds that pursuant to 18 U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(iv), the ends of justice served by continuing the trial date to August 8, 2005, outweigh the best interests of the public and the defendants in a speedy trial, in that, as set forth in the parties' oral stipulation, parties require additional time to prepare for trial and to ensure that counsel and Defendant Clark are available for trial.

IT IS HEREBY ORDERED that trial in this matter is continued from May 16, 2005 to August 8, 2005. Each defendant shall file a waiver of speedy trial no later than May 10, 2005.

///

///

///

ORDER TO CONTINUE TRIAL DATE/
VELAZQUEZ, et al. — 1
CR04-572JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from May 16, 2005, up to and including August 8, 2005, is excludable time pursuant to 18 U.S.C. § 3161(h)(3)(A) and (h)(8)(B)(iv).

DATED this 2nd day of May, 2005.

JAMES L. ROBART
United States District Judge

Presented by:

s/ *Patricia C. Lally*
PATRICIA C. LALLY
Assistant United States Attorney
WA Bar No. 28910
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:       (206) 553-2619
Fax:         (206) 553-0709
Patricia.Lally@usdoj.gov

s/ *Jill Otake*
JILL OTAKE
Assistant United States Attorney
WA Bar #28298
Telephone:   (206) 553-4254
Fax:         (206) 553-0755
E-mail:  Jill.Otake@usdoj.gov

ORDER TO CONTINUE TRIAL DATE/
VELAZQUEZ, et al. — 2
CR04-572JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970